NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CrossFit Incorporated, | No. CV-14-02277-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Jeff Martin, *et al.*, | |
| Defendants. | |

At issue are Plaintiffs and Counterdefendants CrossFit Inc. and Greg Glassman's Motion for Extension of Time to Complete Discovery and for Expedited Consideration (Doc. 135), and Motion for Hearing on Discovery Disputes and Unopposed Continuance of Discovery Deadline (Doc. 136), as well as Defendants and Counterclaimants Jeff Martin, Mikki Martin, CrossFit Brand X, Inc., and Brand X Martial Arts' Statement Regarding Discover Dispute (Doc. 137). For good cause appearing,

**IT IS HERBEY ORDERED** granting the Plaintiffs and Counterdefendants' Motions (Docs. 135, 136) in part;

**IT IS FURTHER ORDERED** staying the current discovery deadline—but not the parties' discovery efforts themselves—as listed in the Court's Amended Rule 16 Scheduling Order, dated June 7, 2016. (Doc. 118.) The new discovery deadline is 30 days after the date of entry of the Magistrate Judge's order on the discovery disputes, as detailed below;

**IT IS FURTHER ORDERED** referring the current discovery disputes outlined in Plaintiffs and Counterdefendants' Motions for Extension of Time (Doc. 135) and for Hearing (Doc. 136), and Defendants and Counterclaimants' Statement of Discovery Dispute (Doc. 137) to Magistrate Judge David K. Duncan for resolution of those disputes and the determination of any appropriate sanctions;

**IT IS FURTHER ORDERED** that the parties shall contact the chambers of Magistrate Judge David K. Duncan by noon on Friday, September 23, 2016, to facilitate a schedule and plan for the resolution of the discovery matters, with formulation of that schedule and plan left to the sound discretion of the Magistrate Judge.

Dated this 22nd day of September, 2016.

Honorable John J. Tuchi
United States District Judge

- 2 -