# EXHIBIT H

**CrossFit, Inc., a Delaware Corporation**
**v.**
**Jeff Martin, Mikki Martin, and Brand X Martial Arts**
**and related counterclaims**


**United States District Court**
**District of Arizona**


**Case No. CV-14-02277-JJT**



**Expert Report of Carl S. Saba, MBA, CVA**


**Confidential**
**Pursuant to March 2, 2015 Stipulated Protective Order (ECF 41)**

# Table of Contents

I.    Qualifications ................................................................................................................. 4

II.   Assignment ..................................................................................................................... 5

III.  Evidence Relied Upon .................................................................................................. 9

IV.   Summary of Opinions .................................................................................................. 9

V.    Company Background .................................................................................................. 10

    1.  History ....................................................................................................................... 10

    2.  Management And Employees ................................................................................... 11

    3.  Products and Services ............................................................................................... 12

    4.  Customer Base .......................................................................................................... 15

    5.  Prior Transactions and Related Party Transactions ............................................ 15

    6.  Debt Financing ......................................................................................................... 15

    7.  Taxation, Dividends and Distributions .................................................................. 15

    8.  Competitive Strengths / Weaknesses ..................................................................... 16

VI.   Industry Analysis ........................................................................................................ 18

VII.  Economic Conditions ................................................................................................. 20

VIII. Financial Review - CFK ............................................................................................ 21

    1.  Adjustments to Reported Financial Statements .................................................... 23

    2.  Balance Sheet Review .............................................................................................. 24

    3.  Income Statement Review ....................................................................................... 24

IX.   Financial Review – BXM ........................................................................................... 25

X.    Historical Lost Profits Scenario ................................................................................ 26

XI.   Future Lost Returns Scenario .................................................................................... 29

    1.  Controlling Interest Consideration ......................................................................... 30

    2.  Marketability Consideration ................................................................................... 30

    3.  Valuation Methodologies ......................................................................................... 30

    4.  Selection of Valuation Methods .............................................................................. 32

**XII. Estimate of Value - CFK** ................................................................................................... 36

    **1.  Income Approach – Capitalized Cash Flow Method – H Model** ................................ 36

    **2.  Market Approach - Merger and Acquisition Method** ................................................ 43

    **3.  Total Equity Valuation Summary** ............................................................................. 46

**XIII.Estimate of Value – BXM** ................................................................................................... 47

    **1.  Income Approach– Discounted Cash Flow Method** .................................................. 47

**XIV. Estimate of Value – CrossFit Kids Trademark and Tradename.** ....................................... 50

**XV. Damages Conclusion** ........................................................................................................ 55

**I.    Qualifications**

1.      I am a Partner in the Financial and Forensic Consulting Group at Hemming Morse, LLP, 101 Montgomery Street, San Francisco, CA 94104. I received a Bachelor of Science degree in Business Administration and Finance from The Haas School of Business at the University of California (Berkeley) in 1995. I received an M.B.A. with an emphasis in Finance from the Marshall School of Business at the University of Southern California, where I graduated with honors in 2003. I have been designated as a Certified Valuation Analyst by the National Association of Certified Valuators and Analysts (NACVA). Prior to Hemming Morse, I was the Partner in Charge of the Consulting Practice at Burr Pilger Mayer, Inc.  Prior to my consulting and expert work, I assisted with the management of a $400 million commercial lending unit at Comerica Bank. In that capacity, I analyzed and interpreted the financial condition of client companies.

2.      I have twenty years of experience consulting to businesses and business owners. The last eleven years of my experience have focused on business valuation, damages analyses, transaction due diligence support, and fraud and forensic investigations. In that period, I have been retained to prepare over five hundred valuations of businesses, intellectual property, debt instruments, and complex derivatives. These have included the valuation of brand assets such as trademarks and tradenames. These valuations have been prepared for litigation, tax, financial reporting, and transaction support purposes, including bankruptcy.

3.      I am the Co-Founder and Chair of the Fair Value Forum, a San Francisco Bay Area based business valuation expert group that meets regularly to discuss technical issues and

best practices in the profession. I am on the Board of the Valuation Roundtable of San

Francisco, and served a term as President of that organization. I have presented in a number

of national conferences on the topic of business valuation, and have authored articles and

publications on the same. For example, I presented earlier this week on November 9, 2015

at the AICPA Valuation and Forensic conference a session on valuation of early stage

companies. My class had approximately 150 - 200 attendees from the conference, and the

conference is attended by thousands of individual valuation experts and forensic

accountants from across the United States.

4.      As with my presentations, my publications also focus on my core expertise in

valuation of businesses. My most recent publication is as co-author of the valuation section

of *The 409A Administration Handbook, Compliance and Company Valuation*, published by

Thomson Reuters in 2013. My contributions to this book include best practices in valuation

of companies at different stages of development, and application of the different

approaches to valuation at these various stages of development. My current curriculum

vitae is attached to this report as Exhibit I, and provides additional details.

5.      My employer Hemming Morse, LLP ("HM") is being compensated at an hourly

rate of $425 for my time, and at hourly rates ranging from $150 to $345 for employees who

assisted me on this assignment.

**II.   Assignment**

6.      I have been retained through my employer, Hemming Morse, LLP, Certified

Public Accountants and Financial and Forensic Consultants by Emergent Legal ("Counsel"),

counsel for Defendants and Counter-Claimants, Jeff Martin, Mikki Lee Martin, Brand X

Martial Arts, and CrossFit Brand X, Inc. (collectively "the Martins") to estimate the amount of damages incurred by the Martins due to wrongful conduct by CrossFit, Inc. ("CFHQ") and Greg Glassman which caused the Martins' loss of the income and equity from the CrossFit Kids ("CFK") business they started, developed, and operated between 2004 and 2010.

7.    I calculated damages to the Martins comprised of two components:  1) Total lost profits incurred in past periods through September 30, 2015 ("Historical Lost Profits Scenario"), and 2) Future lost economic returns ("Future Lost Returns Scenario") which is derived from calculating the fair market value of a 100% equity interest in CFK on a controlling, marketable basis as of September 30, 2015 ("CFK Valuation"), minus a reasonable royalty for the use of the CrossFit tradename and trademark, minus the fair market value of a 100% equity interest in The Brand X Method ("BXM") on a controlling, marketable basis as of September 30, 2015 ("BXM Valuation").  BXM is the line of business developed by the Martins to provide income in the absence of income from CFK or CFHQ.

8.    The Historical Lost Profits Scenario considers CFK's actual historical financial results for fiscal years 2004 through January 30, 2015, and projects financial results for the months of February through September of 2015 for which historical data was not available. This scenario captures the lost profits that the Martins would have received through September 30, 2015, had they not transferred control of CFK to CFHQ in January of 2011.

9.    The Future Lost Returns Scenario considers the equity value of the CFK business as of September 30, 2015, which the Martins would own today had they not transferred control of the CFK business to CFHQ in January of 2011. This 100% equity interest that would

be owned by the Martins in CFK was reduced by the cost of licensing the Cross Fit Inc.

trademark and tradename for use by CFK, and by the value of BXM.

10.     I deducted the licensing cost of the CrossFit Kids trademark and tradename from

CFK's fair market value on the assumption that royalty free use of this name by CFK could be

revoked in the future despite representations made to the contrary by Greg Glassman to the

Martins[1].

11.     I deducted the fair market value of BXM as a mitigation item on lost future

economic returns to the Martins, based on the understanding that the BXM line of business

was created by the Martins after they were terminated from CFHQ in October 2014 as an

attempt to replace their terminated income.

11. 12.   This report amends my expert report previously issued June 16, 2016, to address

new information that was raised in my deposition on April 24, 2017. I have adjusted revenue

figures for CFK from 2011 through 2015 to reflect my understanding that the amounts

reported by CFHQ in their interrogatory responses represent 100% of total seminar

revenues. My adjustment reflects that had the Martins maintained control of CFK, they

would have received 80% of these revenues in conformance with practices until year end

2010. I have also adjusted CFK expenses proportional to 80% of revenues with the

understanding that the 20% of seminar revenues remitted from CFK to CFHQ through 2010

---

[1] Based on discussions with Jeff and Mikki Martin and the Jason Dunbar Declaration dated February 18, 2015. Mr. Dunbar's declaration states in paragraph 4 "I specifically remember Mr. Glassman saying….that the Martins would be the 'owners' of CrossFit Kids, and would continue to own it for 100 years".  I make no representation about whether CFHQ or Mr. Glassman actually would have had the legal right to demand such a payment for use of the CrossFit tradename and trademark by CFK.  If they would not have had that right, or if they would have had that right but not exercised it (and it is my understanding that no royalty was ever charged between 2004 and 2010) then the Martins' damages would be higher, as discussed in this report.

was in part to compensate CFHQ for providing some supporting services to CFK. I have also adjusted the historical financial statements for CFK and corresponding historical lost profits analysis to reflect my understanding that the Martins' salaries and employment benefits (estimated at 20% of salaries) were not included in reported net profit by CFHQ interrogatory responses. I have considered loans provided by family members to the Martins, and determined that these are not relevant to my analysis in this report. The impact of these changes has been integrated into my income and market approaches for estimating the value of CFK, in estimating the value of historical lost profits to the Martins, in estimating the mitigating value of BXM against the Martin's damages, and finally in estimating the value of the CrossFit Kids trademark.

12.13.   This report summarizes my current opinions given the information available to me to date.  I may consider any additional materials that become available and amend or supplement my opinions and this report, if appropriate.

13.14.   In connection with my anticipated testimony at trial, I may be asked to create, from various documents produced in this litigation and obtained through independent research, additional demonstrative exhibits which refer or relate to the matters discussed in this report.  Other than the exhibits appended to this report, I have not yet created such demonstrative exhibits.

14.15.   In my work I have been assisted by others in my firm who have acted under my direction and control. However, the opinions in this report are my own. I recognize that I am an expert witness, not a witness of fact. My understanding of the relevant facts comes from the documents obtained in discovery and materials I gathered.

15.16.   I understand that this report may be made available to other parties in this litigation, to their counsel and experts, as well as to the Court. It has been prepared for use in this action. In all other respects, this report is confidential. It should not be used, reproduced or circulated for any other purpose, in whole or in part, without my prior written consent. No other party is entitled to rely on this report for any purpose whatsoever.

### III.    Evidence Relied Upon

16.17.   A listing of the documents and information considered in deriving my opinions in this report is outlined in Exhibit J.

### IV.    Summary of Opinions

17.18.   The total amount of damages incurred by the Martins is approximately **$15.663 9.743 million**, which is the sum of the amounts shown in the Historical Lost Profits Scenario of $5.9003.330 million plus the amounts shown in the Future Lost Returns Scenario of $6.4139.763 million.

18.19.   The Future Lost Returns Scenario is the fair market value of a 100% equity interest in CrossFit Kids (CFK Valuation) of $12.3908.620 million (rounded) on a controlling, marketable basis as of September 30, 2015, minus the fair market value of a 100% equity interest in BXM (BXM Valuation) as of the same date of $2.2101.440 million (rounded) on a controlling, marketable basis, minus the fair market value of a license for use of the CrossFit trademark and tradename by CFK of $2.370 046 million (rounded) as of the same date. I have also added to my damages calculation the anticipated additional income tax that would be incurred by the Martins in receiving a cash award in lieu of their lost equity interest in CFK. Had the Martins retained their equity interest, such an interest would be taxed at long

term capital gains rates if sold and converted to cash. Long term capital gains tax rates are lower than ordinary income tax rates that are presumed to apply to a cash damages award to the Martins. My addition of $1.~~953~~283 million in tax differential impact is based on an estimate of how much additional award would be required to compensate the Martins for their additional tax burden from receiving a cash award taxed as ordinary income in lieu of an equity interest in CFK.

~~19.~~20.   In preparing my analysis, I applied conservative assumptions wherever significant variables were unknown or uncertain. My assumptions are conservative in that they produce lower damages estimates incurred by the Martins as compared to less conservative assumptions. The basis for my assumptions as applied to the various components of my damages calculations is fully explained in this report.

~~20.~~21.   In preparing my assignment, Counsel requested that I prepare an alternate calculation of damages to the Martins if revenue streams other than affiliates revenues and seminar revenue is excluded. For purposes of this alternate calculation, I excluded lesson plan, magazine, and T-shirt sales revenues from the Martins' damages. The impact of excluding these revenue streams is a reduction in damages to the Martins from $~~15.663~~9.743 million as stated earlier, to $~~14.673~~8.663 million. The alternate calculations are not appended to this report, however they are prepared with the same methodology and assumptions as my base damages scenario in this report. The only difference is the exclusion of the stated revenue streams from my damages analysis.

## V.    Company Background

### 1.    History

21.22.   CrossFit Kids is a business started by the Martins who were among the first to become CrossFit affiliates.  The business was started in 2004 at the request and encouragement of Greg Glassman, the founder and CEO of CrossFit, Inc.  CrossFit Kids is a fitness training program which is specially designed to address the physical conditioning needs of children aged 3-18.  It is my understanding that the Martins started, developed, and operated this business, assuming all of the risks and costs of business ownership until the last few months of 2010.

22.23.   In 2010, Glassman requested that the Martins discontinue the CFK affiliates program and merge the CFK business into CFHQ. The Martins allege, and I assume for purposes of my analysis, that Glassman and CFHQ deceived the Martins and put them under economic duress in order to convince the Martins to make these changes.  Effective January 1, 2011, the Martins became employees of CFHQ, and all revenue streams associated with CFK were assumed by CFHQ except for lesson plan income.

23.24.   From 2011 to through late 2014, it is my understanding that the Martins were increasingly marginalized from the CFK business by CFHQ, and their participation in delivering seminars and other CFK business activities declined steadily over time. They were told by Glassman to instead focus on "strategic issues" related to the CFK business. On or around October 14, 2014 the Martins were terminated by CFHQ, and from that time through today have had no involvement or income relating to the CFK business.

### 2.  Management And Employees

24.25.   CFK was founded and operated by the Martins, who designed the curriculum, promoted and marketed the program, administered the training seminars, enlisted affiliates

and supported their affiliate network.  The Martins received little or no support or input

from CFHQ until such time as they were requested to fold their operation into CFHQ.  They

ran this business with the aid of their children, and at the end of 2010 had a staff which

consisted of 4 part time clerical staff and 7 part time trainers.  They continued to pay some

of the expenses of the CFK business after they became salaried employees in January 2011

without reimbursement from CFHQ.

### 3.  Products and Services

~~25.~~26.   CFK is a fitness program specially designed for children.  The program's goals are

to improve the general fitness of children resulting in better overall health, improved

learning ability and fewer sports related injuries.  The program is loosely based on the adult

CrossFit program, but contains a separate curriculum and is specifically designed to meet the

neurological, cognitive and motor developmental needs of children, which are different from

adults.

~~26.~~27.   CFK programs are broken into 3 age groups:  pre-K, elementary/pre-teen and

teen.  The workouts are tailored to the specific physical capabilities and learning styles of

each age group with an emphasis on making fitness fun and a life-time habit.  The CFK

business developed and built by the Martins mirrors the affiliate program at CFHQ.  Revenue

sources include: affiliate fees, seminars/training courses, lesson plans, a magazine and T-

shirt sales.

~~27.~~28.   Until the discontinuation of the CFK affiliate program in late 2010, new affiliates

were required to have completed the CrossFit Level 1 training course and the CrossFit Kids

training course, undergo a background check that was repeated at each annual renewal and

pay an annual fee.  Initially, the Martins were charging a $250 annual fee, which was subsequently raised to $500.  Once the CFK program was merged into CFHQ's affiliate program in January 2011, affiliates were charged a single annual fee for the right to provide children's and adult training under the CrossFit name, rather than separate fees for CFK and CFHQ. As of January 2011, affiliates were charged by CFHQ an annual fee of $3,000, a $1,000 increase over the fee charged by CFHQ before its assumption of CFK operations. Under the current model, affiliates are permitted to use the CrossFit name and logos in their marketing materials and on their websites.  The affiliates in turn earn their revenue from the CrossFit classes they provide to the public.  By the end of 2014, affiliate fees had grown to approximately 35% of total revenues for CFK.

28.29.  Seminars, which are also called training courses, are designed to prepare affiliates to teach the CFK method.  Initially the CFK training courses cost $595 per attendee, and now cost $1,000 per attendee as per an increase applied by CFHQ in 2011[2].  Seminars are the most significant revenue items for the CFK business, comprising roughly 62% of total CFK revenue through the end of 2014.

29.30.  Many of the CFK seminar participants were teachers who requested that the Martins develop lesson plans outlining the exercise programs available online.  The Martins were able to charge for these plans and by the end of 2014, this activity generated approximately 3% of total revenue.

30.31.  The Martins developed a magazine in 2005 which became the basis of their business, as subscribers became the pool of prospects for the initial base of affiliates.  In

---

[2] https://www.regonline.com/builder/site/Default.aspx?EventID=1777959

2011, the CFK magazine was incorporated into the CFHQ publication – the CrossFit Journal.

Sales of T-shirts were also a minor source of revenue for the Martins.

### 4. Customer Base

~~31.~~32.   The Martins' customer base consisted of people with an interest in improving physical fitness in children.  Their programs targeted both existing CrossFit affiliates who wanted to add a children's program to their adult fitness offering as well as school teachers, parents, coaches and others unfamiliar with the CrossFit adult programs who wanted to learn how to properly train children and teenagers to become physically fit.  The Martins required that all potential CFK affiliates first take the Level 1 CrossFit training offered by CFHQ.  CFHQ included a link on its main website page to CFK, and CFK included links on its website to CFHQ's website. Hence CFK was both a referral source to and recipient of referrals from CFHQ.

### 5. Prior Transactions and Related Party Transactions

~~32.~~33.   There have been no prior transactions or related party transactions pursuant to the CFK line of business or BXM.

### 6. Debt Financing

~~33.~~34.   There has been no debt financing associated with either CFK or BXM.

### 7. Taxation, Dividends and Distributions

~~34.~~35.   Both CFK and BXM were operated as sole proprietorships, until CFK was incorporated as an S-Corporation called "CrossFit Brand X"[3] in 2010. A Fictitious Business Name Statement was filed in May 2014[4] designating CrossFit Kids as a DBA for CrossFit Brand X. Because CFK and BXM were designated as pass through entities for income tax

---

[3] Articles of Inc. CrossFit Brand X dated December 10, 2010 and endorsed filed by the California Secretary of State on December 16, 2010.
[4] CrossFit Kids Fict. Bus Name dated May 13, 2014.

purposes, all profits accruing to both lines of business can be construed as being passed through to the Martins and taxed at the personal tax level. It is our understanding that business profits of CFK were distributed to the Martins until 2011 when CFHQ gained control of CFK.

### 8. Competitive Strengths / Weaknesses

35.36.   CFK as developed by the Martins became one of the most well-known methods for improving the fitness level of children and reducing the incidence of sports injuries. Although it was loosely based on the adult CrossFit program, the exercises used as well as the segregation of children by age group was unique in its time and highly effective in achieving its aims.  CFK has strong name recognition and the Martins are well known proponents of children's health, with over 2100 CFK affiliates working in their communities as of March 31, 2015.  CFK was one of the most well-known programs to concentrate on children's general health and fitness rather than on training for a specific sport or activity. CFK's competitors are much smaller, fragmented and have different business models.

36.37.   The Little Gym ("TLG"), which started in 1976 to specifically focus on gym-based fitness for children, has since diversified into a more comprehensive learning and development program.  TLG has over 300 locations in 34 countries, which includes 205 U. S. franchises.  During the past 5 years, revenues (now at $58 million) and the number of locations decreased due to the recession, high initial investment costs and the ongoing 8% royalty fee.

37.38.   My Gym Children's Fitness Center ("MG") was started in 1983, and began franchise operations in 1994.  My Gym is a gym with equipment, classes and programs

tailored to the needs of children.  They have approximately 350 locations operated by an estimated 200 franchisees worldwide.  MG also suffered during the recession but rebounded during the past 3 years.  Initial investment requirements and lower royalties in addition to the fact that MG permits their programs to be run from the franchisees' homes has contributed to their recovery.  Revenues are estimated at $39 million.

38.39.   Stretch 'N Grow International ("SNG") is similar to CFK in that it is a fitness program which can be taught remotely by the licensed franchisees at community fitness centers, YMCAs or wherever the franchisee can attract clients.  SNG continued to grow during the recession and now has 266 franchises in 15 countries with revenues believed to be above $26 million.  Its success is due to the low initial franchise fee of $23,000-$25,000 and an ongoing royalty capped at $150 per month, which is the lowest of its competitors.

39.40.   The Gymboree Music and Play Centers ("GMPC") started in 1976 and describe themselves as the global leader in early child development.  They use a franchise model with 700 current locations in 42 countries.  Fitness is a component of some of their programs, but not the main focus.  GMPC has enjoyed average annual growth of 16.5% since 2009, and revenues through 2015 are $20 million.

40.41.   The Little Gym, My Gym, Stretch 'N Grow and Gymboree all require a specific level of financial solvency on the part of potential franchisors and or initial fees ranging from $20,000 to $55,000 and ongoing monthly fees or royalty payments.  In contrast, CFK required only a modest annual affiliate fee and no initial investment or financial capacity criteria to meet.  None of these competitors have as large a number of affiliates/locations/franchisees that CFK enjoys.

41.42.   CFK's key strength is that it is not built on a franchise model, and hence is more attractive to affiliates.  Affiliate fees are modest and focused on training individual instructors.  No heavy initial capital investment or revenue based royalty is required.  Trained instructors may be employees of school systems or non-profits, entities which compete with fitness providers under a branded franchise model.  CFK may be offered by an affiliate in conjunction with other programs or activities.  Since it is not a franchise model, it is not subject to the regulations governing franchises and no significant financial investment is required of instructors.  These low barriers to entry fueled rapid growth during a time when children's fitness franchisors were losing franchisees and revenue.  Hence CFK has a larger number of affiliates than competitors have either franchises or locations, which is a competitive advantage.

42.43.   CFK's key weakness is also that it is not built on a franchise model.  The legal status of "affiliates" is unclear and it is my understanding that there is little oversight post-training, which could lead to erosion of the technique being taught.  It is my understanding that, when the Martins were actively involved in the CFK business, they provided more oversight and support to affiliates than what is currently offered by CFHQ.

## VI.    Industry Analysis[5]

43.44.   The U.S. gym, health and fitness club industry, of which the children's fitness industry is a subset, is estimated by IBISWorld to generate annual revenues of $29.8 billion and consist of roughly 80,000 businesses.  Historic revenue growth since 2010 was 2.2% and growth of 3.6% is projected through 2020, although much of this growth is projected to

---

[5] IBISWorld Industry Report 71394, Gym, Health & Fitness Clubs in the US, September 2015.

come from the "baby-boomers", which is the largest cohort of fitness club attendees. IBISWorld considers the industry to be in its growth phase and highly fragmented with no major players having material market share.   Discretionary spending is a key industry revenue driver.

44.45.   The Children's Fitness Center Franchises Industry[6] is a small subset of the larger gym, health and fitness club industry.  This sector is estimated to have revenues of $348 million and is comprised of roughly 51 businesses.  Historic annual revenue growth of 5.2% since 2009 are almost twice that of the overall industry and faster average annual revenue growth of 5.6% through 2019 is projected.  Profit margins, which increased from 6.5% in 2009 to 7.1% in 2015 are expected to improve to 7.7% by 2019.

45.46.   Although IBISWorld also considers the children's fitness franchise sector to be in its growth phase, it is also considered to be more competitive.  In addition to 4 major players which account for roughly 41% of market share (The Little Gym at 16.6%, My Gym at 11.3%, Stretch 'N Grow International at 7.5%, and Gymboree Music and Play Centers at 5.8%) , these participants compete with free and low-cost after school programs provided by various schools, the YMCA and Boys and Girls Clubs of America.  Full-body 3D motion capture video games also provide a form of competition, as both Wii Fit and Xbox 360 have games aimed at keeping children physically active.  Children's fitness franchisees cannot compete on price because of required royalty fee payments, averaging 6% of gross receipts, hence they must compete with new programs and products.  Unlike the overall industry, international expansion is considered to be a growth driver.  Growth in the sector at rates faster than the

---

[6] IBISWorld Industry Report OD5595, Children's Fitness Center Franchises Industry Report, September 2015

overall industry and faster than GDP is expected because of increasing customer acceptance of the need for services and continued growth in disposable income.  However many new market entrants are predicted due to the mild regulatory environment and low barriers to entry, despite moderate capital equipment requirements.

**VII.    Economic Conditions**[7]

46.47.    The U.S. economy continued to gain strength during September 2015, as it rebounded from a first quarter slump. Most notably, the U.S. gross domestic product (GDP growth rate for the first quarter was restated from a decline of 0.2% to growth of 0.6% and second quarter growth was greater than expected. As reported by the U.S. Commerce Department in its initial estimate for second quarter GDP growth, the GDP expanded at a seasonally adjusted annual rate of 3.9% in the August-to-September timeframe, which was below second quarter 2014 results of 4.6%, but higher than the 2.3% rate that economists had initially expected. In contrast to GDP, the employment picture worsened, as the economy added only 142,000 jobs in September, according to an October 2 report from the U.S. Department of Labor. The number of job gains was lower than for August (173,000) or July (236,000).  Monthly average job growth of 167,000 for the second quarter was down sharply from first quarter growth of 231,000.The unemployment rate, has held steady at 5.1% - a seven-year low, mainly because 600,000 workers stopped looking for work, which removes them from the labor force count.  Underemployment, defined as part-time workers who would prefer full-time employment, has declined steadily since January's 11.3% level and is now at 10% in September.

---

[7] Key Value Data, National Economic Report, September 2015.

47.48.    Some concerns remain, however. The U.S. national debt continues to grow, having jumped to $18.141 trillion in December 2014, it has continued to increase to $18,404 trillion by September 28, 2015, which is 73.2% larger than in January 2009[8]. While the Federal budget deficit for FY 2015 dropped for the third year in a row to $439.9 billion—its lowest level in seven years—both Federal spending and taxation once again hit all-time highs. In other areas, on the positive side, the manufacturing sector expanded for the 33rd straight month, auto sales posted their strongest annual growth since 2005, new-home sales were up, consumer confidence remained positive, consumer spending continued to steadily increase, retail sales edged up, and consumer prices and gasoline prices continued to slide. On the negative side, industrial production and existing-home sales fell, and the stock market slide worsened. Economic indicators suggest that the economy is continuing to make steady improvements despite the summer slowdown and stock market plunge. Even though we note a decline in retail sales, the gains in consumer confidence and in consumer spending are key indicators of a continued economic rebound. The positive trend will support demand for CFK's and BXM's products and services.

## VIII.    Financial Review - CFK

48.49.    In the valuation of a company, it is useful to examine its financial position.  This allows the appraiser to review its financial history, compare it to its industry, and use the analysis to assist in assessing what the future might bring.

49.50.    I have analyzed CFK's internally prepared summarized financial information for the years 2004 through 2014 for purposes of determining the Historical Lost Profits Scenario,

---

[8] Key Value Date, National Economic Report, August 2015.

the CFK Valuation, the BXM Valuation, and the CrossFit Trademark and Tradename to CFK

valuation, which are components of the Future Lost Returns Scenario. No balance sheets

were available for CFK, and it is my understanding that financial data on CFK income and

expenses was presented to me on a cash basis. I have also considered the Martins' estimates

of what 2014 and 2015 results would have been had they continued to operate CFK, and

summarized historical income statement information on BXM.

50.51.    It is noted that the financial information presented to me on CFK includes a

combination of income and expenses received and incurred both by the Martins and by

CFHQ. I have aggregated all CFK income streams and all CFK expenses regardless of which

party received the income of paid the expenses. The purpose of aggregating these figures was

to present the entire income statement for the CFK business and calculate the resulting

profits that would accrue to the owner(s) of CFK.

51.52.    CFK's historical financial results are presented in Exhibits C.1 and C.2 (CFK

Historical Scenario and CFK Trailing Twelve Months Analysis) and Exhibits C.3 through C.5 (CFK

Adjusted Scenarios) and a comparative analysis to the Industry in Exhibit C.6 (CFK

Comparative Financial Ratios).  These presentations are for a limited purpose and were

prepared based upon summarized historical data.  Therefore, they may be incomplete and

contain departures from generally accepted accounting principles.  I have not audited,

reviewed, or compiled these presentations.

52.53.    My analysis includes a comparison of CFK to industry averages.  For comparison

purposes, I have relied on industry financial data published by BizMiner ("BizMiner") and Risk

Management Association ("RMA").  I have used data for companies operating in the same

industries as CFK classified by the U.S. Census Bureau's North American Industry System (NAICS) code #71394 as: Fitness and Recreational Sports Centers. The selected data from BizMiner and RMA includes companies with revenues in the $1,000,000 to $3,000,000 range.

1. **Adjustments to Reported Financial Statements**

~~53.~~54.    In analyzing a company's historical earnings as a guide to estimating the company's earnings base, it is important to make the distinction between past earnings that represent ongoing earning power and those that do not.  Financial statements should be adjusted to eliminate the effect of past items that would tend to distort the company's current and future earning power, such as items that are unusual or non-recurring in nature, occur infrequently, are discretionary, or are derived from non-operating sources, such as interest income.

~~54.~~55.    Based on my review of the financial information for the time periods December 31, 2004 through 2014, I concluded that some material adjustments to the historical financial statements were necessary as shown in Exhibit C.3 (and described below):

~~55.~~56.    *Officers' Compensation*:  I have made adjustments to the company officers' compensation expense to normalize such expenses to market levels. For 2010 and previous calendar years, there is no salary expense to the Martins, as they instead collected the profits (and funded any losses) generated by CFK. I have applied an adjustment of $250,000 to account for a market salary to the Martins for their functions performed in CFK, equal to the salary they received in 2011 from CFHQ. I have also adjusted salary in 2014 and 2015 to the Martin's annualized amount of $300,000 paid by CFHQ from 2012 through their departure date in October 2014.

### 2. Balance Sheet Review

56.57.     I was not provided with any balance sheet information on CFK or BXM.  As

fitness training companies, neither business is capital intensive.  Equipment used in the

seminars is minimal and is directly expensed in the period purchased.  Seminars are held at

affiliates sites on a rent free basis to CFK, as it creates potential revenue for the affiliate. No

trade credit is extended to clients of the business and revenue is recognized when cash is

received, hence it can reasonably be determined that there are no material assets or liabilities

associated with either CFK or BXM.

### 3. Income Statement Review

57.58.     In my review of the Company's historical income statements on an adjusted

basis, I noted the following (Exhibit C.5):

58.59.     *Sales Growth*.  Annual revenue growth for CFK has ranged between 63% and 90%

from 2009 through 2013, declining to 15% in 2014. Three year average revenue growth rates

for CFK were over 83% in 2010 and tapered to 47% through 2014. Principal components of

annual revenue were affiliate fees, which grew from $99,000 in 2010 to $995,000 in 2014 and

seminar tuition, which grew from $700,000 in 2011 to 1,796,000 in 2014.  Revenue growth in

2014 declined from previous years primarily due to a flattening of seminar revenue. It is my

understanding that this occurred due to decreasing attention applied to CFK seminars by

CFHQ, a higher level of saturation occurring in the marketplace, the termination of the

Martins' affiliation with CFHQ and their contributions to seminars, and the negative press

associated with the Martins termination. It could be assumed that had the Martins not been

terminated in October 2014, FYE revenues for CFK would have been higher, as some of the

factors exerting downwards pressure on seminar revenue would not have been present. Prior to their termination, the Martins had been training a team to continue to increase their ability to scale out the number of seminars they provided.

59.60.    *Operating Expenses.* Operating expenses are comprised primarily of payroll related expenses, sales and marketing, and G&A expenditures.  CFK's operating expenses have stabilized at between 17% and 24% of revenue between 2011 and 2014 which is well below industry averages of 86% and 87% as reported per RMA respectively for the industry, because the industry consists primarily of capital-intensive gymnasiums with significant equipment investment and full-time staff expenses. Not only is CFK's business model less capital intensive, but it is significantly more scalable through growth of affiliates. Unlike a gymnasium that can accommodate a limited number of members at a time per location, affiliates do not require CFK to provide them with access to physical space or equipment.

60.61.    *Margins.* CFK's Earnings Before Income Taxes, Depreciation and Amortization ("EBITDA") on an adjusted basis grew from -15.0% to 71.5% from 2010 to 2014. The average over that period was approximately 47.5%, and is higher than industry margins, because the industry data is comprised of more capital-intensive gymnasiums with full time staff.

## IX.    Financial Review – BXM

61.62.    BXM is a start-up enterprise, in a similar stage of development to CFK in 2007. Hence, little can be inferred from historic results to date which are minimal.  I was provided with summarized income statement data and no balance sheet information.  Historical results were analyzed and compared to industry standard to the extent possible given the limited history as shown in Exhibit F (Adjusted Income Statement).   Industry comparisons were

performed based on financial data published by BizMiner ("BizMiner") and Risk Management

Association ("RMA") for companies with under $1,000,000 in revenues and operating in the

same industries as BXM classified by the U.S. Census Bureau's North American Industry

System (NAICS) code #71394 as: Gym, Health & Fitness Clubs.

**X.    Historical Lost Profits Scenario**

~~62.~~63.    The Historical Lost Profits Scenario was based upon summarized historical

financial information provided to me by the Martins taken from their financial and business

records.  This data was supplemented and reconciled with historical financial and business

performance data received from CFHQ in their Response to the Martins' First Set of

Interrogatories[9].

~~63.~~64.    *Lost Revenue.* Lost revenue consists of all revenue streams associated with the

CFK business. The two primary revenue streams are seminars and affiliates as explained

previously in this report. Less significant revenue streams include lesson plans, the CFK

magazine, and T shirt sales as explained previously. Revenues on Exhibit B of this report from

2005 through 2010 are as reported by the Martins, as they maintained control of CFK during

that time period. Affiliate and seminar revenues from 2011 through 2014 are as reported by

CFHQ in their Response to the Martins' First Set of Interrogatories[10]. Lesson plan revenue

over this same period is reported by the Martins, as they retained control over this revenue

stream. Magazine and T shirt income was estimated from 2011 through 2014 based on trends

---

[9] CrossFit, Inc.'s Response to the Martins' First Set of Interrogatories, CrossFit, Inc., v. Jeff Martin, Mikki Lee Martin and Brand X Martial Arts, dated April 6, 2015. CF0017566. CF0003008, CF 0003009.
[10] CrossFit, Inc.'s Response to the Martins' First Set of Interrogatories, CrossFit, Inc., v. Jeff Martin, Mikki Lee Martin and Brand X Martial Arts, dated April 6, 2015

from 2005 through 2010. It is my understanding that CFHQ discontinued the CFK magazine in

2011 as it viewed it as overlapping with its own publication, however had the Martins

maintained control over CFK, I assume they would have continued the CFK magazine past

2011.

64.65.    Revenues for 2015 through September 30, 2015 were not provided to me other

than for the month of January, and I estimated these figures based on past trends. 2015

affiliate revenues were estimated based on the growth of affiliates through March 31, 2015 as

reported by CFHQ[11], which was approximately 4.4% over 2014 figures. This growth rate was

annualized to approximately 17.6%, and applied to estimate affiliate revenues for 2015.

Seminars were assumed to remain flat relative to 2014, conservatively taking into account

recent trends, despite the likelihood that if the Martins had retained control over CFK they

would have realized better results. 2015 revenues from lesson plans, magazine, and T-shirts

were estimated by continuing historical trends.

65.66.    *Expenses.* Exhibit B lists all expenses that were incurred in the CFK business in

historical periods, regardless of whether they were paid by the Martins or CFHQ. All figures

are as reported by the Martins, with the exception of the CFHQ reported expense per their

interrogatories[12]. CFHQ reported expense represents the difference between income and

expenses related to seminars. Based on my understanding of the CFK business, I assumed no

incremental expenses existed to support affiliate revenues other than those reported by the

---

[11] CrossFit, Inc.'s Response to the Martins' First Set of Interrogatories, CrossFit, Inc., v. Jeff Martin, Mikki Lee Martin and Brand X Martial Arts, dated April 6, 2015
[12] CrossFit, Inc.'s Response to the Martins' First Set of Interrogatories, CrossFit, Inc., v. Jeff Martin, Mikki Lee Martin and Brand X Martial Arts, dated April 6, 2015

Martins. Estimates of expenses from January through September 30, 2015 were based on 2014 and 2013 expense levels.

66.67.    Gross Lost Profits on Exhibit B represent the estimated profits that CFK would have generated under the control of the Martins in historical periods. As previously explained, most of the underlying revenue and expense figures were based on factual historical data as reported by the Martins or CFHQ. I applied estimates for all revenue streams only for the 2015 year where data incomplete, and for minor revenue streams (magazine, seminar, and T Shirts) where no data was available from 2011 through 2015.

67.68.    The final step in calculating historical net lost profits is to consider any income received by the Martins that would mitigate their gross lost profits from the CFK business. From 2004 through 2010, I treated all income and expenses in the CFK business as a full mitigation of any lost profits. During that period, the Martins operated and controlled CFK, and received any income or funded any losses generated by the business. From 2011 through September 30, 2015, lesson plan income and salary income to the Martins were treated as a mitigation of a portion of their lost profits. The Martins continued to receive lesson plan income during that period, and in addition, they received a salary from CFHQ as employees. The Martins also continued to incur certain expenses related to the CFK business, which were not reimbursed by CFHQ. These were treated as a reduction in the income the Martins received in partial mitigation of the gross lost profits. After considering all mitigation items, the sum of the historical net lost profits in the Historical Lost Profits Scenario on Exhibit B was **$5.9003.330 million.**

## XI.    Future Lost Returns Scenario

68.69.    The Future Lost Returns Scenario considers the economic loss that will be incurred by the Martins as a result of their loss of the CFK business. Future Lost Returns under this scenario are measured as the fair market value of the CFK business, less the fair market value of a license for use of the Cross Fit Tradename and Trademark by CFK, less the fair market value of the BXM business. The deduction for the CrossFit Tradename and Trademark license considers the possibility that Glassman's representations regarding the royalty free use of the CrossFit Kids name[13] may be revoked in future periods. The deduction for the BXM business considers that the Martins created this business as a replacement to CFK when they were terminated from CFHQ in October 2014, and that any value created in this business would provide a mitigation of their lost value of the CFK business.

69.70.    The value of a closely held business is derived not from a formula, but from the relevant facts and circumstances of a company and is based on informed judgment with regard to those facts. In determining fair market value, I considered available financial data, as well as all relevant factors affecting the fair market value.

70.71.    Fair market value is defined as "The price at which the property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of relevant facts."[14]

---

[13]  Based on discussions with Jeff and Mikki Martin, Jason Dunbar Declaration dated February 18, 2015. Mr. Dunbar's declaration states in paragraph 4 "I specifically remember Mr. Glassman saying….that the Martins would be the 'owners' of CrossFit Kids, and would continue to own it for 100 years".

[14] This definition, or one very similar, has been adopted by The Institute of Business Appraisers, The National Association of Certified Valuation Analysts, The American Society of Appraisers, and The Appraisal Foundation.

**1.  Controlling Interest Consideration**

~~71.~~72.    The interests being valued represent a 100% majority ownership interest in CFK and BXM where the owners therefore possess the ability to control the Company's management and financial decisions. These decisions include the ability to elect directors and appoint management, determine management compensation and perquisites, set policy, acquire and liquidate assets, determine dividend distribution policy, and other significant policies. Accordingly, I have considered valuation methods which yield an estimate of value on a controlling basis.

**2.  Marketability Consideration**

~~72.~~73.    A major component of a security being valued is its marketability. All other things being equal, an investment is worth more if it is marketable than if it is not, since investors prefer liquidity over lack of liquidity. Investments that lack the inherent liquidity of publicly traded securities are less attractive investments. Because the interests valued in CFK and BXM are controlling interests, a buyer can be located within a reasonable period of time for such interests. In addition, the owner of such an interest would have control over the decision to sell, and therefore no adjustment for illiquidity of the interest would apply.

**3.  Valuation Methodologies**

~~73.~~74.    The appraisal profession generally recognizes three primary approaches to determine value: the income approach, the market approach, and the asset approach.  Each approach is distinctive. While all valuation approaches are generally considered, not all may be used; which approach or approaches are used depends upon the specific facts of that engagement.

74.75.    In valuing the Interest in CFK and BXM , I considered a number of valuation methods:

1.    **Income Approaches**

    *a.  Capitalization of Earnings Method*

    *b.  Discounted Cash Flow Method*

2.    **Market Approaches**

    a.  *Guideline Public Company Metho*d

    *b.  Merger and Acquisition Method*

3.    **Asset Approaches**

    *a.  Net Asset Value Method*

    *b.  Adjusted Net Asset Value Method*

75.76.    Income approaches value a company with reference to various measures of the earnings or cash flows generated by that company, with the assumption that such earnings or cash flows sooner or later will be paid out to unit holders in the form of dividends.

76.77.    Market approaches value a company by comparison with transactions in similar businesses, business interests, or securities.

77.78.    Asset approaches value a company, often one that is capital-intensive, with reference to the stated or calculated net worth of that company, with the assumption that such net worth sooner or later will be paid out to unit holders in liquidation.

78.79.    The focus on liquidation value utilized by asset-based approaches tends to limit their applicability to the value of a non-operating business, such as a holding company or one

that will be liquidated.  In the alternative, income and market approaches are most

appropriate when valuing ongoing businesses.

### 4.   Selection of Valuation Methods

79.80.    In valuing the 100% interests in CFK and BXM, I considered the methods listed

above.  I chose the capitalized cash flow method and the merger and acquisition method as

suitable methods for valuing CFK.  In valuing BXM, I chose the discounted cash flow method

as most appropriate.  The following summarizes the methods considered and my reasoning

for my selection.

*Capitalization of Earnings Method*

80.81.    The capitalization of earnings method is an abridged version of the discounted

cash flow method.  This method seeks to determine an estimate of value by projecting a

single period's expected economic amount and converting that amount to a value by dividing

it by a "capitalization rate."  The capitalization rate is a derivative of the discount rate, i.e., the

discount rate minus the annually compounded expected growth rate, in perpetuity, of the

variable being capitalized.

81.82.    This method is appropriate when the projected single period expected economic

amount is indicative of future operations, assuming a normal growth rate.  Because I was

provided significant history on CFK's financial results, and margins have stabilized and are not

expected to improve further, I considered the capitalization of earnings method an

appropriate valuation method for CFK. In addition, because CFK's growth is expected to

continue above industry levels in the near term, I applied an H-Model version of the

capitalization of earnings approach, which applies a declining growth rate over time.

*Discounted Cash Flow Method*

~~82.~~83.    The discounted cash flow method is based on the theory that the total value of a business is the present value of the projected future earnings plus the present value of the terminal value.  This method requires that a terminal value assumption be made.  The amounts of projected earnings and the terminal value are discounted to the present using an appropriate "discount" rate.  The discounted cash flow method relies on the ability of the valuation expert and management to reasonably forecast cash flows, and assess the risks associated with those cash flows.

~~83.~~84.    The Martins believe that BXM is in the same stage of its growth that CFK was in 2007.  Hence future growth rates and margins would be highly variable.  Therefore, it is my opinion that the discounted cash flow method is an appropriate method for valuing BXM, using the growth trajectory of CFK in its early years as a general guide for expected future results of BXM. This is a conservative assumption in that it assumes that BXM will experience the same level of success as CFK, thus mitigating a greater portion of the Martin's damages. For reasons explained later in this report, it is unlikely that BXM will realize this level of success.

*Guideline Public Company Method*

~~84.~~85.    The guideline public company method develops an estimate of value based on prices at which stocks of similar companies are trading in a public market.  The estimate of value is derived by value multipliers such as price to earnings and price to cash flow.  These value multipliers are then adjusted and applied to the subject company's fundamental data to reach an estimate of value for the subject company.

85.86.    Application of the guideline public company method requires the selection of a sufficient number of "comparable companies" to facilitate the determination of a value conclusion for the subject company.  In selecting comparable guideline companies, the standard sought is usually one of reasonable and justifiable similarities.

86.87.    Based on my research, I did not find an adequate number of publicly traded companies which possess sufficient comparability and an adequate financial history to support the determination of value for either CFK or BXM. Both companies are too small to be compared to their publicly traded peer group.   Accordingly, it is my opinion that the guideline public company method is not an appropriate methodology for valuing the Company.

*Merger and Acquisition Method*

87.88.    The merger and acquisition method derives an estimate of value of the subject company based on merger and acquisition transactions involving companies or operating units of companies in similar industries to the subject's.  Since the transactions often involve entire businesses, the valuation methodology usually involves the determination of market value of the entire invested capital (debt and equity) often referred to as enterprise value.  As a result, the value derived under the merger and acquisition method results in a control or majority interest value.

88.89.    Application of this method requires the selection of a sufficient number of comparable sales transactions to facilitate the determination of a value conclusion for CFK or BXM.

89.90.    Based on my research, I located sales transactions which are sufficiently comparable to CFK.  Accordingly, it is my opinion that the merger and acquisition method is an appropriate methodology for valuing CFK.

90.91.    I was unable to locate sales transactions that were sufficiently comparable to BXM which is in a very early stage of development.  Hence I did not use this method for BXM.

*Net Asset Value Method*

91.92.    The net asset value method values a company at the book value of its stockholders' equity.  The historical cost bases of assets, however, usually bear very little relationship to true market values.  The method only reflects accounting history expressed in nominal dollars and not the potential of a going concern.  Because of this limitation inherent in the net book asset method, because neither CFK nor BXM has material fixed assets, and because I was able to apply more appropriate methods, I did not use the net asset value method to value either of these two companies.

*Adjusted Net Asset Method*

92.93.    Under the adjusted net asset method, the assets and liabilities of the Company are expressed at their current market values with an offsetting adjustment to equity.  The adjusted net asset method is generally appropriate for businesses that are about to be liquidated or that have substantial capital investments in tangible assets such as real property.  Because neither CFK nor BXM has material fixed assets I did not use the adjusted net asset method to value either company.

**XII.    Estimate of Value - CFK**

93.94.    The following discussion describes my process in estimating the fair market value of the 100% equity interest in CFK as of September 30, 2015.

**1.    Income Approach – Capitalized Cash Flow Method – H Model**

94.95.    The basic premise of the income approach is that the value of an ownership interest in a company is equal to the present worth of the future benefits of ownership. This approach typically uses the capitalized cash flow method or the discounted cash flow method.

95.96.    If a company's current operations (earnings or cash flows) approximate those expected in the future, assuming modest and predictable growth, the capitalized cash flow method can be used to estimate the company's equity value. If the company is expected to grow at a more than modest rate in the near future, the H-Model Formula can be utilized alongside the capitalized cash flow method to account for a definitive-term growth rate which differs from the long-term growth rate.

96.97.    This method uses a single-period earnings or cash flows stream and divides it by a capitalization rate to arrive at an estimate of value. Historical cash flows are adjusted (or normalized) to arrive at a cash flow stream that is representative of prospective normal operations. Exhibit D.4 shows the normalized and capitalized earnings of CFK, which considers the same normalization adjustments to the historical income statements discussed earlier in this report.

97.98.    For the gross free cash flow to equity calculation, I established a discount rate using the Ibbotson Build-Up Method as discussed later in this section.  Since there is no debt

in CFK, equity and invested capital are identical.  CFK's value was determined by applying the

H-Model to my estimate of ongoing free cash flow to equity.

98.99.    The formula for the H-Model is:

$$PV = \frac{FCFo * [1+gt+(H*gs)-(H*gt)]}{r-gt}$$

Where PV    =        Present value.
    FCFo    =        Free cash flow for period o, the period immediately preceding the
effective valuation date.
    gs =      Forecast near-term growth rate.
    gt =      Forecast long-term growth rate.
    H =       Half-life of period (in years).
    r   =      Present value discount rate.


*Benefit Stream*

99.100.    The fair market value of CFK's equity is equal to the present value of CFK's gross

free cash flow to equity. CFK's gross free cash flow to equity was determined as follows (as

shown in Exhibit D.4):

After-tax Income

+ <u>Depreciation and Amortization</u>
    = Gross Cash Flow (Weighted)
+/– Changes in Working Capital
    – <u>Capital Expenditures</u>
+/– <u>Changes in Long-Term Debt</u>
    = <u>Weighted Free Cash Flow to Equity</u>

*Key Assumptions*

My key assumptions are explained below:

~~100.~~101. *Income Tax Rate.* Because CFK is an S-Corporation[15], and incurs only a single layer of taxation on income rather than two layers of taxation as with a C-Corporation, there is a tax advantage to the owners of such an entity. Discount rate data derived for the Ibbotson's Build-Up Model as described later in this report, are derived from publicly traded C-Corporations, and reflect returns after corporate tax and before personal tax to that corporation's owners. In order to make such discount rates applicable to an S-Corporation such as CFK, an adjustment is necessary. While CFK can avoid corporate taxes, its owners will pay a higher ordinary income tax rate than owners of a C-Corporation, who will pay dividend or capital gains personal tax rates.

~~101.~~102. Exhibit D.2 estimates the overall income tax burden to owners of a C-Corporation, as compared to CFK as an S-Corporation. My analysis estimates that as an S-Corporation CFK's owners realize a 14.1% tax advantage on each dollar of earnings as compared to a C-Corporation. Accordingly, I have tax effected CFK's earnings at a 40% C-Corporation estimated corporate tax rate, minus the 14.1% tax advantage to CFK, resulting in a 25.9% applicable income tax rate.

~~102.~~103. *Weighting*: I have applied weight in declining amounts to the last three years of financial results to estimate future expected cash flows of CFK. No weight was applied to the 2014 year results, as it overlaps for eleven of the twelve months included the trailing twelve

---

[15] I use the present tense because, for purposes of this valuation, I am assuming that the Martins would have maintained control of the business but for CFHQ's and Mr. Glassman's wrongful conduct.

months ended January 2015, and the 2015 period received the highest weighting as per

Exhibit D.4.  My weighting approach is conservative in that it assumes near term results will

be a weighted average of the last three years, while actual results have continually trended

towards increasing revenues and improved profit margins.

~~103.~~104. *Working Capital Changes.* CFK's adjusted historical working capital is unknown,

however industry benchmarks as published by RMA and Bizminer indicate nominal levels not

exceeding 5% of annual revenues. . Operating working capital requirements going forward

were conservatively estimated to average approximately 5% of revenue per the upper range

of the benchmarking data on Exhibit C.6.

~~104.~~105. *Capital Expenditures.* Capital expenditures for equipment are expensed in the

income statement as incurred and are not significant. No additional capital expenditures were

estimated as they were already included in CFK's reported expense structure.

~~105.~~106. *Near-term Growth Rate.* A near term growth rate of 30% was applied, and

assumed to decline in a linear manner to a long term growth rate of 5% in five years. The near

term growth rate of 30% is conservative when compared to the compound annual revenue

growth over the last three years for CFK of approximately ~~47~~48%, and annual growth rates of

63% to ~~90~~110% between 2009 and 2013.

~~106.~~107. *Long-term Growth Rate.* I estimated a long term sustainable growth rate to be

5.0% annually which approximates U.S. GDP of 3.0% plus inflation of 2.5% in the long term. In

addition, the 5.0% long term growth is similar to that of CFK's industry which has ranged

between 5% and 8% per annum over the last three years, per IBIS World.

*Discount / Capitalization Rate*

~~107.~~108. When considering any investment, an investor is exposed to various risks. These include company, industry, economic, market, interest rate, and credit risks. The riskier the investment, the higher the return expected. Discount and capitalization rates, as used in an earnings approach to valuing a business, represent the return an investor would require in order to choose a particular investment. It represents anticipated future return; past returns, however, are often used to help determine a reasonable future rate.

~~108.~~109. I applied the Ibbotson Associates Build-Up Method to derive the Company's cost of equity. The Ibbotson Associates Build-Up Method is calculated based on rate of return data compiled from the public securities market. It has two components: dividends and change in stock price.

~~109.~~110. This data is after consideration of corporate level income taxes.  Accordingly, application of this method requires either an adjustment to cash flows for an assumed level of taxes or adjustment to the discount rate to put it on a pre-tax basis.  I have applied the latter, with an assumed level of taxes to CFK's earnings stream.

~~110.~~111. The components of the cost of capital for CFK under the Ibbotson Associates Buildup Method (Exhibit D.3) are discussed below:

~~111.~~112. *Risk-Free Rate*: The United States Treasury Bond Rate is considered the "riskless" rate of return for an investment.  The rate used is the current 20-year U.S. Treasury Bond rate provided by the Federal Reserve Statistical Release as of September 30, 2015.

~~112.~~113. *Equity Risk Premium:* This is an additional return that an investor expects "for the additional risk associated with investing in equities as opposed to investing in riskless assets."

While the premium is designed to reflect what an investor expects in the future, the equity risk premium is often based on historical data. We have used the long horizon expected equity risk premium (supply side) of 6.2% as provided by Duff and Phelps' 2015 Valuation Handbook – Guide to Cost of Capital, CRSP Deciles Size Premia Study: Key Variables. The supply side premium extracts the price-earnings ratio growth that is embedded in the historical returns. The resulting premium is the difference between the historic arithmetic mean total return of their large company stock index (Standard & Poor's 500), adjusted to remove price-earnings ratio growth, and the historic arithmetic mean income return of long-term government bonds.

113.114. *Size Premium:* There is generally more risk associated with the typical small business than with a major Standard & Poor's 500 company; therefore, investors in small businesses frequently demand a higher rate of return.  The size premium reflects this additional premium an investor expects for the added risk of investing in small companies as opposed to large companies.  The size premium is captured in Duff and Phelps' 2015 Valuation Handbook – Guide to Cost of Capital, CRSP Deciles Size Premia Study: Key Variables which breaks the size premium data down into ten deciles based on market capitalization.  I am using 5.8% as the size premium; this comes from the tenth decile, which is the smallest decile in which CFK is categorized.

114.115. *Adjustment for Company-Specific Risk Factors:* An additional adjustment can be made to recognize risk factors unique to the particular company being valued.  This can be a positive adjustment to reflect greater risk, or a negative adjustment to reflect reduced risk.  I considered the following factors in determining company specific risk:

*Factors Mitigating Risk*

~~115.~~116. *Business History:* CFK has been in business since 2004 and shown consistent and improving profitability and growth through 2014.

*Factors Increasing Risk*

~~116.~~117. *Key person dependence:* The Martins have significant industry experience and contacts which allows CFK to prosper. Within 6 months of their termination, seminar growth flattened, hence it can be inferred that their contribution was important to CFK's continued growth. Since my valuation of CFK assumes that the Martins had maintained control over CFK operations, a key personnel premium is therefore appropriate.

~~117.~~118. *Size:* Even within the 10th decile as published by Ibbotson's, CFK is on the very low end of size for the companies within this decile. This suggests an additional size premium may be warranted for CFK.

~~118.~~119. Based on all of the above factors, I consider the CFK to be a higher risk than alternative investment opportunities in the market. Further, certain risk attributes as described above are not fully captured in the historical published Ibbotson risk premiums. Based on these considerations, I have included an 8.0% company specific risk premium in the cost of equity discount rate.

~~119.~~120. My calculation of the discount rate to be applied to cash flow to equity (as there is no debt, equity and invested capital are identical) in order to arrive at an estimate of value is determined as follows (and shown in Exhibit D.3):

| | |
|---|---|
| Risk-Free Rate of Return [16] | 2.5% |
| Equity Risk Premium [17] | 6.2% |
| Micro-Cap, 9-10 Premium [18] | 5.8% |
| Company-Specific Risk Premium | 8.0% |
| Equity Cost of Capital | 22.5% |
| Equity Cost of Capital (rounded) | 23.0% |

120.121. Utilizing a capitalized cash flow method (H-Model) with a cost of equity of 23.0%, I derived an estimate of fair market value for CFK as of September 30, 2015 of $11.8708.190 million (rounded), on a 100%-controlling, marketable interest basis, as shown in Exhibit D.4.

### 2. Market Approach - Merger and Acquisition Method

121.122. The merger and acquisition method looks at pricing multiples paid for the purchase of an entire company. The company sold may be public or private. The value derived under this method is a control or synergistic value.

122.123. I analyzed the following databases: Public Stats, Pratt's Stats, and Done Deals, for sales transactions with the following characteristics:

123.124. The comparable sale had to be primarily engaged in the gym, health and fitness club industry. The written description of the company as provided by the database should be an acceptable match for the business line of CFK.

---

[16] Based on current yield on 20-year U.S. Treasury Bonds (constant maturities) as of September 30, 2015, "Selected Interest Rates, H15," *The Federal Reserve Statistical Release*, dated December 31, 2014, www.Federalreserve.gov.

[17] Based on the arithmetic mean of equity risk premium of equity investments over U.S. Treasury Bonds, from the 2015 Valuation Handbook, per Duff & Phelps.

[18] Based on the arithmetic mean of micro-cap stocks risk premium over equity risk premium of equity investments, from the 2015 Valuation Handbook, per Duff & Phelps.

~~124.~~125. The sales transactions should have occurred in the last fifteen years, excluding 2009 and 2010 transactions during the financial crisis.  I considered both asset and stock transactions.

~~125.~~126. The company had to have revenues no greater than $30 million (ten times the size of CFK) and no less than $50,000.

~~126.~~127. My search criteria resulted in several selected companies from Public Stats, Done Deals and Pratt's Stats. I reviewed each transaction in detail and identified that, although there were differences in the characteristics of the companies that transacted, they provided a reasonable basis of comparison to CFK.

~~127.~~128. To value CFK, I selected capitalization multiples to apply to the Company's weighted historical revenues and earnings. I weighted the five year historical fundamentals of CFK as with the capitalization of earnings method, for the same reasons provided earlier in this report. As set forth in Exhibit E, the following valuation multiples were considered:

   c.  Price to Revenue

   d.  Price to EBITDA

   e.  MVIC to Revenue

   f.  MVIC to EBITDA

   g.  MVIC to EBIT

~~128.~~129. I selected multiples appropriate for the valuation of the Company with reference both to the range of, and the median of, the sales transaction company multiples as a whole.

~~129.~~130. In the multiple selection process I considered my knowledge of CFK's historical performance, knowledge of the industry and comparison to the peer group. Due to the fact

that CFK has been consistently profitable on an adjusted basis, I relied primarily on earnings multiples including the market value of invested capital to earnings before interest and taxes (MVIC/EBIT) and earnings before interest, taxes, depreciation and amortization (MVIC/EBITDA).

130.131. In general, earnings multiples provide better estimates of value than revenue multiples, because they more closely capture benefit streams directly available to investors after all costs and operating expenses have been paid. In addition, MVIC (invested capital) multiples are considered better indicators than equity value multiples since they do not factor the impact of capital structure decisions which may vary widely between individual companies.

131.132. In selecting the appropriate multiples to apply to CFK, I compared it to characteristics of the comparable sales:

132.133. *Size:* CFK is larger based on revenues than many of the comparable assets sales, but sin the lower quartile of comparable stock sales. All other factors being equal, this would indicate a lower multiple as compared to the stock sales, and higher multiple as compared to the asset sales. There is a documented size effect on multiples and rates of return.

133.134. *Profitability:* CFK's profitability in historical periods was substantially better than the peer group. This higher profitability indicates that CFK converts revenues to earnings and cash flows at a much higher ratio that the peer group, and all other factors being equal, a significantly higher revenue multiple should apply.

134.135. *Growth:* CFK's revenue growth has been significantly better than industry statistics as published by IBIS World, and can be presumed to be better than the peer group

companies. This factor would indicate a higher multiple would apply to CFK relative to the peer group.

135.136. Based on all the factors considered, it is my opinion that CFK represents a generally lower investment risk and higher multiple when compared to sales transactions. I therefore selected multiples near the upper quartile of most observed peer group multiples.

136.137. After the selected multiples were applied, I placed a weightings that emphasized earnings multiples (EBIT and EBITDA) over revenue multiples. Earnings multiples better capture the economic benefit stream that accrues to the owner of a company. The resulting estimate of fair market value of CFK as of September 30, 2015 was $13.4309.500 million (rounded) on a 100% controlling, marketable interest basis, as shown in Exhibit E.

**3.        Total Equity Valuation Summary**

137.138. In order to estimate the value of CFK on a non-controlling, non-marketable basis, I weighted the value conclusions derived from each approach. The Capitalization of Earnings Method was weighted 66.7%, and the Merger and Acquisition Method was weighted 33.3% of the value conclusion.

138.139. The weightings reflect appropriate consideration to both income and market approaches, both which are indicative of CFK's fair market value. The income approach considers future expectations of cash flows to a prospective buyer, and the market approach considers current market conditions and investor perceptions of value. Because significant historical data was available on the financial performance of CFK, such that future returns could be reasonably estimated, and because the M&A transactions contain imperfect matches for CFK, the income approach was assigned a greater weighting.

~~139.~~140. My analysis results in an estimated fair market value as of September 30, 2015 of CFK's equity of **$~~12.390~~8.620 million** (rounded) on a 100.0% controlling, marketable basis as per Exhibit A.

## XIII.    Estimate of Value – BXM

### 1.    Income Approach– Discounted Cash Flow Method

~~140.~~141. Unlike CFK, which had an established operating history from which stabilized future growth rates could reasonably be projected, BXM is a line of business in an early start-up stage.  If it takes the Martins as long to build BXM to the point of stabilized revenue margins as it took to build CFK to that point, it can be assumed that BXM will reach a stabilized growth level in roughly 8 years.

~~141.~~142. As discussed previously, the discounted cash flow method is based upon the theory that the total value of a business is equal to the present value of the forecast future cash flows plus the present value of the terminal value. The present value determination is based on using a discount rate that reflects the expected rate of return that the market requires in order to attract funds to the particular investment. This rate is often referred to as a company's "cost of capital."

~~142.~~143. My determination of value was calculated using a free cash flow to equity base. This base amount was calculated for a ten-year period as shown in Exhibit G.2. The key assumptions incorporated in the cash flow forecasts of BXM are set forth in Exhibit G.1.

~~143.~~144. For the net free cash flow to equity calculation, I established a discount rate using the Ibbotson's Build-Up Model. The terminal value was determined by applying the

Gordon Growth Model to year ten net free-cash flow. The formula for the Gordon Growth Model is:

4.

$$PV = \frac{NCFo*(1+g)}{k-g}$$

Where PV=    Present value.

NCFo    =    Net cash flow for period o, the period immediately preceding the determined terminal period.

g    =    Projected long-term growth rate.
k    =    Present value discount rate.

*Earnings Base*

~~144.~~145. The implied equity value under the discounted cash flow method is equal to the present value of BXM's free cash flow to equity. BXM's free cash flow to equity was determined as follows (as shown in Exhibit G.2):

After-tax Income

+ <u>Depreciation and Amortization</u>
  = Gross Cash Flow (Weighted)
+/– Changes in Working Capital
  – <u>Capital Expenditures</u>
+/– <u>Changes in Long-Term Debt</u>
  = <u>Weighted Free Cash Flow to Equity</u>

*Key Assumptions*

Below are the assumptions used to forecast free cash flow as shown in Exhibit G.1:

~~145.~~146. The forecasts are based on the conservative assumption that BXM will follow approximately the same revenue and earnings growth trajectory that CFK did in its infancy.

Hence growth rates and EBITDA margins were modeled based upon CFK at a similar stage in its development.  I also took into consideration industry working capital requirements.

~~146.~~147. The projections for BXM are conservative in that they assume that BXM will experience the same level of success as CFK did historically, and the BXM business value is applied in my analysis as a mitigation of the lost CFK business value. BXM on the valuation date faces many challenges that the CFK business did not at a similar stage of development. When the Martins developed CFK, they were defining a new market segment. The BXM business now has to compete in a more crowded marketplace that includes CFK as a major competitor. In addition, the negative press associated with the Martin's separation from CFHQ has caused it to be more difficult for the BXM business to recruit employees and develop its clientele. The Martins report that certain individuals are afraid to be associated with them as they do not want to be involved in any ongoing litigation with CFHQ, and CFHQ has pressured its training staff not to work with BXM.

   *Discount Rate*

~~147.~~148. I applied the Ibbotson Associates Build-Up Method to derive BXM's weighted cost of equity.  The components of the cost of equity for BXM using the Ibbotson Associates Build-Up Method are the same as those discussed under the Capitalized Cash Flow valuation approach used for CFK. The one difference from the CFK discount rate is that I estimated a 12% company specific risk premium should apply. This higher risk premium takes into account that BXM is very small and early stage, and largely unproven in terms of ability to achieve profitable operations. My resulting estimated cost of equity is 27.0% per Exhibit G.3.

*Discounted Cash Flow Value Indication*

~~148.~~149. Utilizing a discounted cash flow method–free cash flow to equity and a cost of equity of 27.0%, I derived an estimate of the fair market value of BXM as of September 30, 2015 of **$~~2.210~~1.440 million** (rounded) as shown in Exhibit G.4.

**XIV.    Estimate of Value – CrossFit Kids Trademark and Tradename.**

~~149.~~150. In order to estimate the cost to CFK of licensing the CrossFit Kids Trademark and Tradename (assuming the Martins needed to obtain such licensing), I considered data to support a reasonable market royalty that would be negotiated between CFHQ and CFK in a licensing agreement. The data that I reviewed included the Reebok Licensing Agreement[19] with CrossFit Inc., market licensing data from Royalty Source for similar businesses to CFK, and a profit split analysis on CFK's historical margins.



~~150.~~151.

---

[19] License and Sponsorship Agreement dated December 25, 2010, between Reebok International Ltd., and Crossfit, Inc.





153.154. In order to further support my estimate of a reasonable royalty for the use of the CrossFit Kids trademark and tradename by CFK, I searched for and reviewed licensing data for tradenames and trademarks. The data was obtained from Royalty Source, and was focused on fitness centers, gymnasium, and nutrition program tradename and trademark licensing agreements or franchise agreements. I considered these categories relevant as the CFK program emphasizes both a training and nutrition regimen for overall health and fitness in children.

154.155. I located in Royalty Source twenty four transactions, of which two were licensing agreements and the remainder were franchise agreements. Both types of agreements confer the right to the licensee or franchisee to make use of the tradename or trademark that is the

---

[20] License and Sponsorship Agreement dated December 25, 2010, between Reebok International Ltd., and Crossfit, Inc., Sections 7.1 and 9.1.

subject of the agreement, while a franchise agreement allows the franchisor and owner of the brand a greater degree of control over the franchisee's activities.

155.156. In reviewing the Royalty Source data, royalties paid to the owner of the trademark and tradename ranged between 3% and 26.5% of revenues. The upper quartile of the data as per Exhibit H.2 indicated a royalty of 8.8%, and the lower quartile indicated 5.0%. Some agreements also required an up-front payment by the licensee or franchisee, but the amounts did not appear significant. In considering the level of name recognition of the CrossFit name, and the level of profitability associated with the CFK business, I determined a 10% royalty should apply. This is conservative in that it is in the upper end of the Royalty Source licensing data, ███████████████████████████████████████ ████████████████████████████████. A higher royalty leads to a larger value attributed to the CrossFit Kids Trademark and Tradename, which I am treating as a cost to CFK of conducting business, and reduction of the lost value of the CFK business to the Martins.

156.157. The third and last data that I considered in determining a reasonable market royalty for the CrossFit Kids trademark and tradename license is a profit split analysis. This analysis is a rule of thumb that is often used as a reasonableness check, and not a stand-alone method to determine a reasonable royalty. According to the profit split method, a licensee would be willing to allocate between 25% and 33% of profits as a royalty payment for the use of a brand. My analysis as per Exhibit H.3 indicates a profit split range of 5.6% to 23.5% from 2010 through 2015 based on historical CFK profitability on an adjusted basis, and a profit split range of 16.6% to 22.0% based on estimated future CFK profitability as per the capitalization

of earnings approach discussed earlier in this report. My selected royalty of 10% falls within the historical range, and is below the projected range. It is noted however that the projected range is not supported by actual licensing data discussed earlier, and would imply a royalty on the upper extremes of the licensing data. ████████████████████████ ████████████████████████████████████████. As such, I conclude that a 10% royalty is reasonable for use of the CrossFit Kids name.

157.158. The last step in my analysis was to apply the selected 10% royalty to estimate the fair market value of a license for use of the CrossFit Kids trademark and tradename. The method I applied is a Relief Form Royalty Method. This is a commonly used form of income approach with market derived inputs, that assumes the owner of a trademark and tradename can monetize this asset by licensing it for use to a third party business operator. It is also a measure of the cost savings that a tradename and trademark owner would realize by not having to license the use of the brand from a third party for use in the owner's business operations.

158.159. Exhibit H.1 applies a Relief From Royalty approach. The selected 10% royalty is applied to all future revenues estimated from the CFK business, consistent with the assumptions explained earlier in valuation of CFK through a capitalization of earnings approach. Future revenues for CFK are based on consideration of historical results and margins for the business. The resulting royalty stream is then tax effected at the tax rate previously determined applicable to CFK, and discounted at a 24% rate of return, which is one percentage point higher than CFK's cost of equity. This increase in the discount rate recognizes that the trademark and tradename are intangible assets, and would be more risky

than the overall investment in CFK's equity, which is comprised of both tangible and intangible assets. My analysis results in an estimated fair market value of a license for the use of the CrossFit Kids trademark and tradename of **$~~2.370~~2.050 million** (rounded) as of September 30, 2015.  If CFHQ had no right or ability to demand a royalty by late 2010, or would not have done so in the future (as I understand that it did not between 2004 and 2010), this amount would need to be added back into the Martins' damages.

## XV.    Damages Conclusion

~~159.~~160. Based on my analysis and underlying assumptions as explained in this report, I have concluded that the Martins incurred $~~5.900~~3.330 million (rounded) of lost profits in historical periods through September 30, 2015. The Martins also lost the fair market value of a 100% interest in CFK which I estimate to be $~~12.390~~8.620 million (rounded) as of September 30, 2015. The Martin's loss of the CFK business value is partially mitigated by a maximum estimated fair market value of $~~2.210~~1.440 million for a 100% interest in BXM, which they created as a replacement business for CFK. In addition, assuming that CFHQ would and could revoke representations they made to the Martins regarding their royalty free license for the use of the CrossFit Kids trademark and tradename, CFK would incur an additional lump sum equivalent of $~~2.370~~2.046 million (rounded) as a cost of business. The resulting fair market value of the lost CFK business to the Martins as of September 30, 2015, net of mitigation by BXM and cost of CFK name license is $~~7.810~~5.130 million.

~~160.~~161. Based on my conclusion that the net lost business value to the Martins is $~~7.810~~5.130 million, if the Martins wanted to convert that business value to cash equivalent, they would have to sell the CFK business. The Martins then would incur capital gains taxes

between their cost basis in the CFK business, and the sale price of $~~7.810~~5.130 million.
Assuming conservatively that their cost basis is zero, the Martins would be taxed at long term
capital gains rates for the resulting gain of $~~7.810~~5.130 million. If the Martins were to receive
a damages award for the same amount and it was characterized as ordinary income to the
Martins, they would be taxed at a higher ordinary income tax rate. In order to place the
Martins in the same economic position net of taxes, I have calculated the additional award
that would be required to compensate for the differential between ordinary income taxes
(estimated at approximately 40%) and long term capital gains taxes (estimated at
approximately 25%). The resulting additional amount would be $1.~~953~~283 million. This
additional damages amount would only apply if the award to the Martins for the lost CFK
business value is taxed as ordinary income and not as long term capital gains.

~~161.~~162. In summing up the net lost business value to the Martins, the tax differential
required additional award, and the past period lost profits, the total resulting damages
incurred by the Martins as of September 30, 2015 are **$~~15.663~~9.743 million** per Exhibit A. If
Mr. Glassman or CFHQ do not have the legal right to demand royalty payments for the use of
the CrossFit Kids trademark or tradename, or do not exercise that right in the future, the
resulting damages incurred by the Martins would be **$~~18.625~~12.305 million**, which represents
the cost savings from such royalty payments, and the associated tax differential impact.

Dated:  ~~June 16, 2016~~June 12, 2017

_____

Carl S. Saba, MBA, CVA