Steven J. Cologne (*admitted pro hac vice*)
Roger W.R. Clayton (*admitted pro hac vice*)
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, California 92101-7913
Telephone: (619) 236-1551
Facsimile: (619) 696-1410
E-Mail: scologne@higgslaw.com
claytonr@higgslaw.com

Matthew P. Fischer (#019770)
Trisha D. Farmer Lau (#028809)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
E-Mail: mfischer@swlaw.com
tlau@swlaw.com

Attorneys for CrossFit, Inc. and
Greg Glassman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CrossFit, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Jeff Martin, an individual; Mikki Lee Martin, an individual, and Brand X Martial Arts, a business entity of unknown origin,<br><br>Defendants. | No. CV-14-02277-PHX-JJT<br><br>**DECLARATION OF KYLA HAYDEN IN SUPPORT OF CROSSFIT, INC.'S AND GREG GLASSMAN'S MOTION FOR SUMMARY JUDGMENT** |
| Jeff Martin, Mikki Lee Martin, Brand X Martial Arts, and CrossFit Brand X, Inc.,<br><br>Counterclaimants,<br><br>v.<br><br>CrossFit, Inc., and Greg Glassman<br><br>Counterdefendants. | |

| | |
|---|---|
| 1 | I, Kyla Hayden, do hereby affirm and declare as follows: |
| 2 | 1. I am the Head of Human Resources for CrossFit, Inc. I have personal |
| 3 | knowledge of the facts set forth herein and state the following based upon my personal |
| 4 | knowledge, except where stated to be upon my understanding or belief, which I believe to |
| 5 | be true for the reasons stated herein. I am authorized to make this declaration on CrossFit, |
| 6 | Inc.'s behalf. If called upon to do so, I could and would testify to the following: |
| 7 | 2. I am readily familiar with the employment status of CrossFit, Inc.'s |
| 8 | employees. |
| 9 | 3. During 2014, including September 23-24, 2014, Nicole Carroll was at all |
| 10 | times an employee of CrossFit, Inc. |
| 11 | 4. During 2014, including September 23-24, 2014, Todd Widman was at all |
| 12 | times an employee of CrossFit, Inc. |
| 13 | 5. During September 2014, including September 23-24, 2014, Camzin Martin |
| 14 | was at all times an employee of CrossFit, Inc. |
| 15 | I declare under penalty of perjury that the foregoing is true and correct. |
| 16 | Executed in  San Diego    , on this   9th  day of June, 2017. |

*Kyla Hayden*
Kyla Hayden

4843-2545-7481

- 1 -